UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Steven Lamar Patterson | ) | **Motion and Notice** |
| Janice Marie Patterson | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-10-80822 C-13D |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

BAC Home Loans filed Trustee Claim No. 1 which was allowed as a secured long-term continuing debt. The Trustee has been notified by the creditor that after an escrow analysis for taxes and insurance, the monthly payment has been changed from $856.10 to $846.61 effective February, 2014.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to BAC Home Loans of $846.61 effective February, 2014.

Date: December 20, 2013            s/Richard M. Hutson, II
      ltp            Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before January 21, 2014, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on February 13, 2014, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: December 20, 2013            OFFICE OF THE CLERK
                                         U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-80822 C-13D**

Steven Lamar Patterson
Janice Marie Patterson
2863 Minter School Road
Sanford, NC 27332

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

BAC Home Loans
% Bank of America
Attn: Managing Agent
2380 Performance Drive
Richardson, TX 75082